May 2, 2025

TO: CHRISTOPHER A. PRINE, CLERK OF
THE FIFTEENTH COURT OF APPEALS
P.O. BOX 12852
AUSTIN, TEXAS 78711



FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

MAY 1 2 2025

CHRISTOPHER A. PRINE
CLERK

RE: BRICKLEY v. MITCHELL: Court of Appeals Number: 15-25-00063-CV; Trial Court Case Number: DC-24-55952

Dear Sir,

I have recieved the April 24, 2025, letter from the Court directing me to submit the $205.00 filing fee to be sent to your office along with the Docketing Statement before Friday May 9, 2025, on May 1, 2025. I have made arrangements for the money order containing the $205.00 filing fee to be sent to your office seperately, addressed to "The State of Texas" as directed. As for the Docketing Statement, I ask that you send me a copy of the form for the Docketing Statement, for I do not have access to the internet.
If this is not feasibile, please accept and submit this hand-typed docketing statement in its place.

A copy of this letter and the foregoing docketing statement will be forwarded to the opposing party through my agent as well. Also, please take notice of the Inamte Mailbox Rule and allow additional time to recieve any correspondences from me due to the delay in processing mail by TDCJ staff. Thank you very much.

Respectfully,

02 May 2025

JAMES BRICKLEY
3201 FM 929
GATESVILLE, TEXAS 76597

James Brickley #2287486
3201 FM 929
Gatesville, TX 76597

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

MAY 1 2 2025

CHRISTOPHER A. PRINE
CLERK

Legal
Mail

AUSTIN TX 786
RIO GRANDE DISTRICT
7 MAY 2025 AM 4 L



FOREVER / USA

TO: The Clerk of Court
Christopher A. Prine
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

78711-285252

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION